UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARONTA T. LEWIS,<br>   Plaintiff,<br>  v.<br>STATE OF CALIFORNIA, et al.,<br>   Defendants. | Case No. 20-cv-02613-WHO (PR)<br><br>**ORDER OF TRANSFER** |

The claims plaintiff Daronta T. Lewis raises in this federal civil rights action arise from events that occurred at the California Substance Abuse Treatment Facility and State Prison, which lies in the Eastern District of California. Accordingly, this federal suit is TRANSFERRED to the Eastern District, where venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendants reside therein. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** April 16, 2020

               _____
               WILLIAM H. ORRICK
               United States District Judge